113 A.3d 1214

IN THE MATTER OF JAMES P. MADDEN, AN ATTORNEY AT LAW (ATTORNEY NO. 926501990).

May 12, 2015.

## ORDER

The Court on January 30, 2015, having Ordered **JAMES P. MADDEN** of **KEARNEY,** who was admitted to the bar of this State in 1990, to provide to the Office of Attorney Ethics all outstanding account reconciliations and other documents requested within sixty days;

And the Office of Attorney Ethics having reported to the Court that respondent has failed to comply;

And good cause appearing;

It is ORDERED that **JAMES P. MADDEN** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JAMES P. MADDEN** pursuant to *Rule* 1:21–6, shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JAMES P. MADDEN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

438

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **JAMES P. MADDEN** comply with *Rule* 1:20–20 dealing with suspended attorneys.